UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO DE JESUS MACIAS RODRIGUEZ,<br><br>            Petitioner,<br><br>    v.<br><br>STEVEN DUFOR, et al.,<br><br>            Respondents. | Case No. 2:13-cv-1938 DAD<br><br>STIPULATION AND ORDER RE: DISMISSAL |

   This is an immigration case in which petitioner Gonzalo De Jesus Macias Rodriguez challenges his detention by Immigration and Customs Enforcement.  The parties now stipulate to dismissal of the petition as moot, as Petitioner was removed to Mexico on December 7, 2013.

   Because Rodriguez has been removed, and is no longer in detention, his habeas petition challenging his confinement is moot, and the petition should be dismissed.  <u>Picrin-Peron v. Rison</u>, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner).

/////

/////

DATED this 17th day of March, 2014.

                                             Respectfully Submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                             By:    /s/ Audrey B. Hemesath
                                       Audrey B. Hemesath
                                       Assistant United States Attorney

                             By:    /s/ Grady Gerard Gauthier
                                       GRADY GERARD GAUTHIER
                                       Attorney for Petitioner

## ORDER

Pursuant to the joint stipulation, the matter is dismissed as moot.

Dated:  March 20, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/maci1938.stip